ELJER COMPANY, Appellant, v. JOSEPH SPRIESCH, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and McCurn, JJ.

In the Matter of the Petition of BESSIE CARLIN RUDOLPH.— Petition dismissed upon the ground that the facts stated are insufficient to warrant action thereon. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

## (March 25, 1942.)

GEORGE WALLACE REALTY CORPORATION, Respondent, v. MARGARET KRONKE, Appellant.— Order affirmed, without costs of this appeal to either party. Memorandum: While we affirm the order, it is still a question of fact for the trial court to determine when the last item of material was furnished and when the last item of service was performed. All concur. (The order amends plaintiff's lien nunc pro tunc and permits plaintiff to amend its complaint in an action to foreclose a mechanic's lien.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ARTHUR J. COHEN, Doing Business under the Firm Name and Style of BROTHERS' QUALITY CLOTHING COMPANY, Appellant, v. ARTHUR KOEGLER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Harris, J., who dissents and votes for reversal of the order of the Special Term and the order of the Buffalo City Court and denial of the motion in the Buffalo City Court on the grounds (1) that there is shown no consideration for the alleged compromise and (2) that the court had no power or jurisdiction to entertain or make disposition of the motion. (Buffalo City Court Act [Laws of 1909, chap. 570], § 20, as amd.) (The order affirms an order of the Buffalo City Court canceling and satisfying a default judgment taken against defendant.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MITCHELL MILES, Appellant, and MARSHALL MILES, ALBERT PETE CRAIG and HAROLD ROBINSON, Defendants.— Judgment of conviction and orders affirmed. All concur. (The judgment convicts defendant Mitchell Miles of contriving, drawing and assisting in a lottery. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEATRICE MASON, Appellant, v. CECILIA D. PATTEN, Superintendent of the Albion State Training School, Albion, N. Y., Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of ANN SARDELLA, Respondent, v. SAMUEL CHIRUMBLO, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order directs defendant to contribute to the support of an infant child in a filiation proceeding.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.